## Scotney's Estate

196

*Bryan A. Hermes,* for exceptant.

*J. Willison Smith, Jr.,* and *Humbert B. Powell,* contra.

SINKLER, J., November 15, 1935. — The exceptant's claim was properly rejected on the ground set forth in the adjudication. An additional ground for dismissal is failure of consideration. The claim arises from a promise to pay contained in a letter addressed to exceptant by decedent, not in an instrument under seal, and, as the auditing judge relates, the record does not disclose the nature of the service rendered.

The exceptions are dismissed and the adjudication is confirmed absolutely.